STATE of Missouri, Respondent,

v.

Raymond L. SIRLS, Appellant.

Raymond L. SIRLS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 44086.

Missouri Court of Appeals,
Western District.

April 14, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 2, 1992.

Application to Transfer Denied
July 21, 1992.

**675**

Susan L. Hogan, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and HANNA, JJ.

## ORDER

PER CURIAM:

Consolidated appeal from a conviction for the sale of cocaine in violation of § 195.020, RSMo 1986; and from the denial of a Rule 29.15 motion for post-conviction relief without a hearing.

Conviction and denial of post-conviction relief affirmed. Rules 30.25(b) and 84.-16(b).

David Samuel Durbin, Public Defender, Kansas City, for appellant in No. WD 44881.

William L. Webster, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.